**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Khaled A. Shair | ) | |
| Plaintiff, | ) | Civil Action No.: 08 CV 1060 |
| | ) | |
| vs. | ) | |
| | ) | |
| Qatar Islamic Bank, | ) | **JURY TRIAL DEMANDED** |
| Khalid Bin Ahmad Al Swaidi, | ) | |
| Abdellatif Al Meer, | ) | |
| and | ) | |
| Chaudhary Mohammad Wasi, | ) | |
| Defendants. | ) | |

# Complaint Exhibit A

**Qatar Islamic Bank**
(S.A.Q.)



مصرف قطر الإسلامي
شركة مساهمة قطرية

Date: 28th March, 2004

**Tony Rezko**
Chairman
Rezmar International
853 North Elston
Chicago, IL 60622

**Khaled A. Shair**
Managing Director
Founders Group, Inc.
7103 Wast 111th Street
Worth, IL 60482

Dear Tony & Khaled:

This is to confirm our discussion and decision in Chicago last week regarding the establishment of the American Finance House in Chicago, we would like both of you to do your utmost with the State, Federal Regulators, as well as with the lawyers and auditors to finalize all the required documentation in order to file the application for the bank in a timely manner. We hope to keep the cost less or not exceeding the industry standards. Our target is to open the bank for the public in October of 2004.

Kindly provide us with your timetable and schedule in order to achieve such a target. Kindly hand the enclosed two letters to Mr. Chuck Hughes and Mr. Frank O' Connor.

Besides the Chairman, Mr. Khalid Bin Ahmed Al Sowaidi and myself, you may liaise and coordinate with Mr. Choudhry Mohammad Wasi, AGM Finance and Administration in this respect.

We look forward to hearing from you soon.

Sincerely,

**Prof. Abdul Latif Almeer**