**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Khaled A. Shair | ) | |
|     Plaintiff, | ) | Civil Action No.: 08 CV 1060 |
| | ) | |
| vs. | ) | |
| | ) | |
| Qatar Islamic Bank, | ) | **JURY TRIAL DEMANDED** |
| Khalid Bin Ahmad Al Swaidi, | ) | |
| Abdellatif Al Meer, | ) | |
|     and | ) | |
| Chaudhary Mohammad Wasi, | ) | |
|     Defendants. | ) | |

# Complaint Exhibit B



**Qatar Islamic Bank**
(S.A.Q)

مصرف قطر الإسلامي
شركة مساهمة قطرية

Date: 28th April, 2004

**Mr. Khaled Shair**
Managing Director
Founders Group, Inc.
7103 West 111th Street
Worth, Illinois 60482
United States of America

Dear Mr. Shair,

Thank you for your accepting our invitation and visiting us in Doha on 26th April, 2004. We appreciate your professional assistance provided to us in respect of U.S. Finance House, Chicago.

It is our pleasure to offer you the appointment in U.S. Finance House as Chief Executive Officer (CEO) with remuneration in line with American Finance Industry Standards. However, your appointment and remuneration shall be confirmed by the Board of Directors of U.S. Finance House.

As you are aware, we have written a letter of engagement to Mr. Campbell, Chairman of the Board of Founders Group, Inc. seeking professional assistance towards the establishment and incorporation of U.S. Finance House. We believe you will continue to provide your personal and professional assistance and services in this respect.

Effective 1st May, 2004, we will pay US$ 10,000 on a monthly retainer till the confirmation of your appointment as CEO by the Board of Directors. Such payment shall be to meet your cost of engagement in respect of professional services rendered by you.

We highly appreciate your cooperation and professional assistance.

Thanking you,

**Khalid Bin Ahmed Al Swaidi**
Chairman