**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Khaled A. Shair | ) | |
|     Plaintiff, | ) | Civil Action No.: 08 CV 1060 |
| | ) | |
| vs. | ) | |
| | ) | |
| Qatar Islamic Bank, | ) | **JURY TRIAL DEMANDED** |
| Khalid Bin Ahmad Al Swaidi, | ) | |
| Abdellatif Al Meer, | ) | |
|     and | ) | |
| Chaudhary Mohammad Wasi, | ) | |
|     Defendants. | ) | |

# Complaint Exhibit C



# Qatar Islamic Bank
## (S.A.Q.)

Khalid Bin Ahmed Al Swaidi
Chairman



Mr. Lyle P. Campbell
Chairman of the Board
Founders Group, Inc.
7103 W. 111th Street
Worth, Illinois 60482

Re:  **Employment of Mr. Chodhry M. Wasi**

Dear Mr. Campbell

We are writing to request that Founders Group, Inc. employ Mr. Chodhry M. Wasi for a period of approximately one year. Mr. Wasi would provide business and financial services related to the pending formation of US Investment House LLC and US Finance House Ltd., on which projects Founders Group has been acting in an advisory capacity.

Qatar Islamic Bank agrees to reimburse, or cause US Investment House LLC to reimburse an amount of US$ 300,000 per annum to Founders Group, Inc. for all of its direct and indirect costs associated with employment of Mr. Wasi Choudhry, including any costs and expenses associated with procuring a visa which authorizes Mr. Wasi Choudhry to work for Founders Group. We further agree to defend and hold Founders Group, Inc. harmless from and against any loss, liability, claim, action or cause of action that might arise by reason of Founders Group, Inc.'s employment of Mr. Wasi.

Please signify your acceptance of these terms by countersigning a copy of this letter.

Sincerely,

Qatar Islamic Bank



Khalid Bin Ahmed Al Swaidi
Chairman

Accepted and agreed this _____ day of September, 2004

By:    Founders Group, Inc.
Name:  Lyle P. Campbell
Title: Chairman of the Board

CHOIDOCS\1936.1

TEL: 4304498. FAX: 323919. TELEX: 5177 DH. P. O. BOX 559. DOHA. QATAR