**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| Khaled A. Shair | ) | |
|     Plaintiff, | ) | Civil Action No.: 08 CV 1060 |
| | ) | |
| vs. | ) | |
| | ) | |
| Qatar Islamic Bank, | ) | **JURY TRIAL DEMANDED** |
| Khalid Bin Ahmad Al Swaidi, | ) | |
| Abdellatif Al Meer, | ) | |
|     and | ) | |
| Chaudhary Mohammad Wasi, | ) | |
|     Defendants. | ) | |

# Complaint Exhibit G



**Qatar Islamic Bank** مصرف قطر الإسلامي

Date: 27th February, 2007

**Mr. Ned Ohman**
Attorney at law, partner
MANDELL MENES LLC
Suite 300, 333 West Wacker Drive
Chicago, Illinois 60606, State of Illinois
United States of America
Fax: (312) 251-1010

**Dear Mr. Ohman**

**Re: Mr. Khaled Al. Shair**

Reference to your letter dated December 11, 2006 we are pleased to inform you that we have reviewed such a detailed letter, with which, you have attached some documents. And we would like to summarize our reply as follows:

1- The amount indicated in your letter is highly exorbitant and not realistic; we may – with out prejudice - understand your client's entitlements to $ 10, 000 as monthly retainer fee, for the period between May, 2004 up to December, 2005. It may appear justifiable.

2- Mr. Shair was never employed by Qatar Islamic Bank as a Chief Executive Officer of U.S. Finance House that his employment as C.E.O. was subject to approval of Board of Directors of U.S. Finance House as well as the approval and issuance of banking license by the banking department of the State of Illinois.

3- Mr. Shair was never out of employment, and was never asked by Qatar Islamic Bank to relinquish his employment, during the period he was pursuing the formation of the U.S. Finance House on behalf of Qatar Islamic Bank.

4- The minutes of the meeting attached with your letter, provide sufficient evidence that the application was even not formally made to the banking department of the State of Illinois for seeking state charter as well as permission to conduct Islamic banking operations.

5- The guarantee attached with your letter was exclusively issued in relation to the lease agreement executed in respect of the premises hired by the bank on the recommendations of your client Mr. Shair.

We hope the above to be of interest, and as we mentioned in our letter of November 14, 2006, Qatar Islamic Bank respects all of its commitments and prefer to settle any disputes in amicable manner, therefore we request a statement setting the real outstanding amounts.

Thanks & regard.

**El Sayed Hammouda**
**First Executive Manager,**
Legal Affairs Department

ص . ب : ٥٥٩ ، الدوحة ، قطر ، هاتف : ٤٤٠٤٠٩ (٩٧٤+) ، فاكس : ٤٤١٢٧٠٠ (٩٧٤+) ، سويفت : QISB QAQA ، تلكس : ٥١٧٧ دهـ ، تلغراف : إسلامي الدوحة
P. O. Box : 559, Doha - Qatar, Tel. : (+974) 4409409, Fax : (+974) 4412700, Swift : QISB QAQA, Telex : 5177DH, Cable : Islami Doha
www.qib.com.qa : موقع الكتروني